1
2
3
4

UNITED STATES DISCTRICT COURT
WESTERN DISCTRICT OF WASHINGTON

5

UNITED STATES OF AMERICA

6

MJ 11-5242

7

Plaintiff,

Waiver of Speedy Indictment

8

v.

9

KENNETH WAYNE LEAMING,

10

Defendant.

I understand that I have a right to a speedy indictment under the Speedy Trial

11

Act, 18 USC 3161(b), et. seq.  Under this statute, the deadline by which an

12

Indictment must be filed in this case must be within 30 days of my arrest on or about

13

11/23/11.  I agree to extend the deadline by which an Indictment may be filed in my

14

case up to and including 1/27/12 and agree not to challenge the timeliness of the

15

Indictment provided one is filed by this date.

16

17

By:  _____

Kenneth Wayne Leaming; Date: 12/9/11

18

*Certificate of Delivery

I certify that I filed this document on ECF, copies of which go to all attorneys

19

of record.

20

PHIL BRENNAN, WSBA #25711*
Attorney for Defendant Leaming

21

Date: _____

22

23

Waiver of Speedy Indictment                    1                    PHIL BRENNAN, Esq.
                                                                    P.O. Box 22837
                                                                    Seattle, WA 98122
                                                                    (206) 372-5881