UNITED STATES DISCTRICT COURT
WESTERN DISCTRICT OF WASHINGTON

UNITED STATES OF AMERICA

Plaintiff,

v.

KENNETH WAYNE LEAMING,

Defendant.

CR 12-5039 RBL

Speedy Trial Waiver

*only* ✗

I understand I have a right to a speedy trial pursuant to 18 U.S.C. 3161(c)(1) and have a right to proceed to trial on the currently scheduled date of 4/2/12. After having consulted with my attorney on the issue, I ask to continue my trial date to some date on or before 9/30/12. I do this so as to allow myself and my attorney the time needed to review all discovery, discuss it, continue to investigate the case, and work for a possible resolution with the Prosecutor.

*duress Kw*

Kenneth Leaming; Date: 3/1/12

Certificate of Delivery

I certify that I filed this document on ECF, copies of which go to all attorneys of record.

By: /s/ PHIL BRENNAN, WSBA #25711; Attorney for Defendant Leaming; Date:
3/2/12

Speedy Trial Waiver                    1

PHIL BRENNAN, Esq.
P.O. Box 22837
Seattle, WA 98122
(206) 372-5881