United States District Court

Western district of Washington

U.S. vs Leaming                    12-5039

### NOTICE OF LACK of Speedy Trial

Washington county  } Verified Declaration
Arkansas republic  }

COMES NOW Kenneth Wayne Leaming, herein Restrained Party (RP), to provide the court NOTICE of lack of speedy Trial.

The court has a document styled a "Waiver of speedy Trial". The document does not have my signature, instead I wrote "Duress" and circled it for Emphasis.

Having NOTICE and KNOWLEDGE of this fact, the court has the DUTY to dismiss its action for loss of any jurisdiction it may have otherwise had.

Given this 24th day of June, 2012, under penalty of bearing false witness under the law of the Almighty Creator