1
2
3
4
# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT TACOMA

5
6
UNITED STATES OF AMERICA

7           Plaintiff,

8      v.

9   Kenneth Wayne Leaming

10          Defendant.

CASE NO 12 - 5039 RBL

WAIVER OF RIGHT TO
SPEEDY TRIAL

11
12
I, Kenneth Wayne Leaming _____, having been advised of my right to a

13 speedy and public trial pursuant to the Sixth Amendment to the Constitution of the

14 United States and the Speedy Trial Act, do knowingly, and with advice of counsel,

15 waive my right to a speedy trial and consent to the continuation of the date of my
   trial from _date of Stephenson's 2nd motion to continue trial_ to _3.1.13 or before_

16 for the purpose of 18 U.S.C. §3161(h)(8)(A)&(B).

17
18 I consent to the requested continuance in order to allow my counsel the reasonable
   time necessary to prepare my defense and hereby waive my right to a speedy trial

19 through _3.1.13_____. By agreeing to this continuance

20 I am not wasing my right to challenge the prior continuance

21 of the trial and/or prior violations of the speedy trial

22 act                               8-2-12
                                    DEFENDANT

23 * This waiver is subject
24 to the good faith
   of the prosecution                INTERPRETER
25                          *
26                                   COUNSEL FOR THE DEFENDANT
27
28