Judge Leighton

UNITED STATES DISCTRICT COURT
WESTERN DISCTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA<br>　　　　　Plaintiff,<br><br>v.<br><br>KENNETH WAYNE LEAMING,<br>　　　　　Defendant. | CR 12-5039 RBL<br><br>Motion to Allow Mr. Leaming to File Pro Se Motions (Motions Attached)<br><br>Oral Argument Requested Regarding Substance of Motions<br><br>Note for Motion:  8/24/12 |

Mr. Leaming, through Counsel, moves the Court to allow him to file various pretrial motions on his own, above and beyond those filed by his Counsel. They are attached as follows.

　　　1.　　Exhibit 1 is a "Notice of, and Demurrer to Charges."

　　　2.　　Exhibit 2 is a "Motion to Dismiss for Lack of Venue Jurisdiction."

　　　3.　　Exhibit 3 is "Declaration and Verified Motion to Dismiss and Vacate Action for Cause."

　　　4.　　Exhibit 4 is "Motion to Vacate and/or Dismiss [for] Lack of Jurisdiction."

Declaration of Brennan II re: Leaming Motions　　1

PHIL BRENNAN, Esq.
P.O. Box 22837
Seattle, WA 98122
(206) 372-5881

5. Exhibit 5 is "Motion to Dismiss/Vacate for Failure to State a Crime."

6. Exhibit 6 is "Mandatory Judicial Notice."

7. Exhibit 7 is "Declaration of Kenneth Wayne."

8. Exhibit 8 is "Motion to Dismiss for Fraud and on Grounds of Void Ab Initio."

9. Exhibit 9 is "Notice of Duress and Fraud."

10. Exhibit 10 is "Mandatory Judicial Notice II."

11. Exhibit 11 is "Motion to Dismiss due to Defective, Void, Record of Felony and Other Reasons."

12. Exhibit 12 is Motion to Dismiss for Lack of Standing of Plaintiff.

13. Exhibit 13 is at attachment to Exhibit 12, containing the docket sheet of CR 12-1090.

Respectfully submitted this date.

By: /s/ -- Phil Brennan --

PHIL BRENNAN, WSBA #25711*
Counselor for Defendant Leaming
Date:  8/15/12

*Certificate of Delivery
I certify that I filed this document on ECF, copies of which go to all attorneys of record.