United States District Court
Western district of Washington

UNITED STATES OF AMERICA
vs
KENNETH WAYNE LEAMING, and
DAVID CARROLL STEPHENSON

No. 12-5039
NOTICE of,
and DEMURRER
to CHARGES

King County
Washington republic } Verified Notice & DEMURRER

Comes Now Kenneth Wayne Leaming, ~~[crossed out]~~
a man born free and who has standing to intervene
in the above captioned action as his liberties and
property are taken under color of the above
captioned action to provide the Court NOTICE
of the following, in the nature of a demurrer:

1) Kenneth Wayne Leaming demands the record evidence
any lawful authority and nexus upon which the
Court is restraining his liberty under the
fictitious name KENNETH WAYNE LEAMING;

2) Kenneth Wayne Leaming informs the court to
take mandatory judicial notice that the several
motions submitted by him are presented in the
nature of demurrer;

3) Kenneth Wayne Leaming has observed, in the
National Archives the original handwritten

Page 1 of 2                          Demurrer/Notice

Verbatim Reports of Proceedings from the first six years of Congress, inclusive of the acts of Congress organizing the municipal corporations UNITED STATES, United States, UNITED STATES OF AMERICA, and United States of America with the legislative intent they be municipal corporations under the district of Columbia to which the constituents of the several states could excercise the Freedom of Religion (Re-allegiance) and Join said corporations to recieve benefits and be obligated to statutes enacted by Congress under its authority to legislate for the district of Columbia.   Kenneth Wayne Leaming needs to know for sure who the Plaintiff is in the above Captioned action, and what the specific relationship, contract or otherwise, may be upon which Kenneth Wayne Leaming has any relationship or obligation to that district of Columbia Corporation, and its statutes, codes, and/or laws, and specifically which and why.

Given this 29th day of July, 2012, under penalty of bearing false witness pursuant to the law of the Almighty Creator,

Kenneth Wayne Leaming

Page 2 of 2                    Demurrer / Notice