United States District Court
Western district of Washington

UNITED STATES OF AMERICA
vs
KENNETH WAYNE LEAMING, and
DAVID CARROLL STEPHENSON

No: 12-5039
MOTION TO DISMISS
FOR LACK OF VENUE
JURISDICTION

King County
Washington Republic        } Verified Motion

Comes Now Kenneth Wayne Leaming and David Carroll Stephenson, to move the court for dismissal with Prejudice of the above captioned action for lack of evidence of venue jurisdiction appearing in the record, or even existing.

There is a long history of clearly established law establishing that jurisdiction must appear in the record of an action or there is none: Wood vs Wagnon, 2 Cranch 9; Thomas vs Ohio State University Trustees, 195 US 207; and the plethora of cases cited in Thomas (supra) inclusive of Wabash R. Co. vs Flanigen, 192 US 9; Capitol City Dairy Co. vs Ohio, ex rel, Attorney General, 183 US 238; Bors vs. Preston, 111 US 252; Grace vs American Insurance, 109 US 283.

There is no reference in the record that any area (venue) related to this action is within the "western district of Washington" as a federal

Page 1 of 2                    Dismiss-Lack J

area ceded or otherwise acquired from the sovereignty of _The People of the State of Washington_, that nation admitted to the union of the several united States of America on 22 February, 1889, upon its Constitution dated in 1878 at Walla Walla, as appears in the Congressional Record and the Affidavit of David Carroll Stephenson appearing of record at the Office of the Pierce County Auditor, incorporated herein by this reference.

Also incorporated herein by this reference is the brief/process completed separately by David Carroll Stephenson.

Wherefore the Court has an extra ordinary duty to dismiss and vacate the above captioned action, with prejudice, by way of its Oath of Office Contract, the performance of which is secured by an Official Bond.

Given this 28th day of July, 2012, under penalty of bearing false witness under the law of the Almighty Creator.

Kenneth Wayne Leaming

David Carroll Stephenson by Limited POA to Kenneth Wayne Leaming

Dismiss · Lack J