# U S D C
## ___ district of ___

| | |
|---|---|
| UNITED STATES <br><br> VS <br><br> DEFENDANT NAME | Case 12-CR-34567 <br> Declaration and verified <br> motion to dismiss <br> and vacate action <br> for cause. |

Washington state } Verification & Motion
county of King

COMES NOW <u>Inmate Proper Name</u>, herein
Petitioner, currently being imprisoned, transferred,
and proceeded against under the fictitious name
<u>DEFENDANT NAME</u>, under color of the
above captioned action.

Petitioner moves the court to vacate its
action for cause pursuant to its Court
Rules (CrR 33 and/or 12) and inclusive of
the clearly established laws and statutes, of
which Petitioner has recently become
aware, referenced herein below:

Federal jurisdiction is not to be presumed
or implied, and a cause is without
jurisdiction until the contrary
appears. BELLSOUTH COMMUNICATIONS

Page 1 of 5                     MTN to VACATE

(cont.)

vs MCI, 317 F3d 1270;
JACKSON TRANSIT AUTHORITY VS
LOCAL DIVISION 1285, AMALGAMATED
TRANSIT UNION, ~~475~~ 457 US 15.

further:

a "United States District Court" is
an Article IV, section 3 (needful
rules & regulations for a territory) court;
a "district court of the United States
is an Article III court. BALZAC
VS ~~UNITED STATES~~ PUERTO RICO, 258 US 298;
MOOKINI VS UNITED STATES, 303
US 201.

additionally:

where Congress includes particular
language in a statute, and omits it
in another place or statute, it is
generally presumed that congress acts
intentionally and purposely in the
disparate inclusion and omission.
RUSSELLO US UNITED STATES, 464 US 16

and:

Congress intended its difference
in language. BURLINGTON NORTHERN
VS WHITE, 584 US 53

Page 2 of 5                    mtn to VACATE

(cont.)

Reading Congress acts in light of clearly established law, one finds that Congress act(s) codified at 28 USC 251 expressly grants the Court of International ~~Fed~~ Trade Article III judicial powers as it is authorized to do by Article III of the Constitution. A review of Congress act(s) codified at 28 USC 152 finds that Congress expressly included Article III judicial powers for Bankruptcy Judges. Conversely, in its Acts codified at 28 USC 81 through 28 USC 144 creating, and delegating authority to "United States District Courts" congress omitted any ~~Article III~~ language delegating and Article III judicial authority. Further clarifying congressional intent, congress expressly delegated a very narrow scope of Article III jurisdiction ONLY in a very narrow scope of CIVIL action as a "Supplemental Jurisdiction" to the United States District Courts as codified at 28 USC 1367.

Congress further clarifies its intent in delegating jurisdiction relating to

(cont.)

criminal matters in its enactment(s)
codified at 18 USC 23, using the term
"includes", an exclusive term by stating
"Court of the United States" includes
the District Court of Guam, District
Court for the Northern Mariana Islands, and
District Court of the Virgin Islands,
omitting any reference to ▨ and
United States District Court located in
or upon the soil of any union State.
FURTHER, a review of the record in
the above captioned action fails to evidence
any delegation of Article III judicial authority
over the purported criminal subject matter
therein.
WHEREFORE it appears the courts
jurisdiction was never lawfully invoked,
making the action void for want of
jurisdiction and further, the statutes and
clearly established caselaw make it appear
the ▨ courts jurisdiction cannot be
invoked for a criminal judicial proceeding.
Petitioner's counsel failed to inform
petitioner of the above referenced
clearly established law and statutes,

Page 4 of 5                          mtn to VACATE

(cont.)

Petitioner discovering those elements of law and statute through his own study and research creates the appearance of innefective assistance of counsel, as petitioners actions and the decisions of the Court to participate in a matter without jurisdiction properly and lawfully laid would very likely been different if Petitioner had effective counsel.

see optional paragraph on back

Petitioner hereby moves to court to vacate the above captioned action and return Petitioner to his liberty for cause, and as it appears the Courts jurisdiction cannot be lawfully invoked, to dismiss and vacate WITH PREJUDICE.

Given This ___ day of _____, 2012 under penalty of bearing false witness pursuant to the law of the Almighty Creator,

Signature

Inmate Proper Name

Petitioner

Witnesseth:

X _____

X _____

Page 5 of 5                    mtn to VACATE