```
2011071907643    PGS
07/19/2011 03:15:11 PM  $64.00
PIERCE COUNTY, WASHINGTON
```

WHEN RECORDED RETURN TO:

AMERICAN-INTERNATIONAL BUSINESS LAW INC
17719 Pacific Ave S #308
Spanaway 87
Washington

# REPORT OF DEFAULT TO CLAIM
## Lien Amount US $20,000,000.00 *
(*see Claim for substance equivalent)

### Claimant's Claim #21JUN11-DRS001

**Respondent/GRANTOR:**

Dennis R Smith, BONDED FIDUCIARY
Dba: Office of Warden, FCI Phoenix
37900 N 45th Ave
Phoenix AZ 85086

**Claimant/GRANTEE:**

David Carroll, Stephenson
c/o AMERICAN-INTERNATIONAL BUSINESS LAW INC
17719 Pacific Ave S #308
Spanaway 87
Washington

The instrument submitted herewith is a true and correct copy of the original retained in my files.
Given under my hand and seal this 12th day of July 2011,

_Kathryn E Aschlea_
Kathryn E Aschlea, NOTARY PUBLIC
Magistrate (see COMPTON V ALABAMA, 214.U.S. 1)

My Commission #137149
Expires 05/19/2012

000204

# CERTIFICATE OF DISHONOR
## And Default
### Claim # 27JUN11-DRS001

*Claimant:* **David Carroll Stephenson**
c/o AMERICAN-INTERNATIONAL BUSINESS LAW INC
17719 Pacific Ave S STE 308
Spanaway 87
Washington

*Respondent:* **Dennis R Smith, BONDED FIDUCIARY**
Office of Warden, FCI Phoenix
37900 N 45th Avenue
Phoenix, AZ 85086

On or about 22 May 2011, Dennis R Smith, acting under color of the office of Administrator /Warden for the FCI-Phoenix, herein Respondent, when Respondent knew or should have known that the imprisonment and restraint of liberty was unlawful (see *TREZEVANT VS TAMPA*), allowed or caused to be allowed and refused to prevent or neglect the unlawful imprisonment and restraint of liberty to the man, David Carroll, Stephenson, herein Claimant; damages in a sum detailed below.

Upon receipt of the claim, and an administrative habeas corpus, Respondent placeed Claimant into "segregation" and held claimant almost completely incommunicado, obstruct and delay his United

States Mail, clearly evidencing his willful and malicious retaliatory intent and efforts to obstruct and delay Claimant's due process rights.

**RESPONENT IS IN DISHONOR & DEFAULT**

**SUM OF CLAIMS VALUE:** The sum TOTAL value of all claims is

(Twenty million United States Dollars)

**US$20,000,000.00**

*(as of 27 JUNE 2011 Valuation in .999 fine silver bullion)*

I hereby verify that all facts presented above are true and correct under penalty of bearing false witness this  11  day of  July , 2011.



_____
David Carroll, Stephenson

WITNESSETH:

_____  11 July 2011
Witness Signature                Date

_____  July 11, 2011
Witness Signature                Date

For reference only, not for re-sale.

02 - 27 June 2011 DISHONOR & DEFAULT v.Smith                    Page 2 of 2

000206



```
201107190763         3    PGS
07/19/2011  03:15:11 PM   $64.00
PIERCE COUNTY, WASHINGTON
```

WHEN RECORDED RETURN TO:

AMERICAN-INTERNATIONAL BUSINESS LAW INC
17719 Pacific Ave S #308
Spanaway 87
Washington

# REPORT OF DEFAULT TO CLAIM
## Lien Amount US $10,000,000.00 *
(*see Claim for substance equivalent)

**Claimant's Claim #21JUN11-HL001**

Respondent/GRANTOR:

Harley Lapin
Dba Bureau of Prisons
c/o Department of Justice
950 Pennsylvania Ave SW
Washington DC 20530

Claimant/GRANTEE:

David Carroll, Stephenson
c/o AMERICAN-INTERNATIONAL BUSINESS LAW INC
17719 Pacific Ave S #308
Spanaway 87
Washington

The instrument submitted herewith is a true and correct copy of the original retained in my files.

Given under my hand and seal this 12th day of July 2011,



Kathryn E Aschiea, NOTARY PUBLIC
Magistrate (see COMPTON V. ALABAMA, 214.U.S. 1)

My Commission #137149
Expires 05/19/2012

For reference only, not for re-sale.



000207

# CERTIFICATE OF DISHONOR
## And Default
### Claim # 21JUN11-HL001

*Claimant:*  **David Carroll Stephenson**
c/o AMERICAN-INTERNATIONAL BUSINESS LAW INC
17719 Pacific Ave S STE 308
Spanaway 8Z
Washington

*Respondent:*  **Harley Lapin**
c/o U.S. Dept. of Justice
950 Pennsylvania Ave SW
Washington DC 20530

SUMMARY:

### Claim Value: US$10,000,000.00*

During February, 2005, Harley Lapin, herein Respondent, when Respondent knew or should have known that the "court" had no judicial powers, allowed or caused to be allowed and refused to prevent or neglect the imprisonment of the man, causing David Carroll, Stephenson, herein Claimant, damages in a sum detailed below.

Respondent subsequently placed, or caused to be placed, Claimant into the possession of Dennis R Smith, and is responsible and liable for Smith's conduct.

---

Claim # 21JUN11-HL001                                                      Page 1 of 2

Unofficial Document — For reference only, not for re-sale.

For reference only, not for re-sale.

Instead of providing a due process remedy relating to Claimant's claims, Respondent refused or neglected to prevent Dennis R. Smith from placing Claimant into "segregation" without any due process of law, while denying claimant access to a law library; failed to compel Dennis R. Smith to respond to the administrative habeas corpus pleading, instead allowing or causing Claimant to be held nearly incommunicado in segregation, and without effective access to a law library;

Respondent effectively ratified and condoned Dennis R. Smith's deprivations of Claimant's rights under color of law, evidencing his willful and malicious intent to dishonor and default to claimant's claims.

RESPONDENT IS IN DEFAULT.

**SUM OF CLAIMS VALUE:** The sum TOTAL value of all claims is

(ten million United States Dollars)

## US$10,000,000.00*

(*as of 21 JUNE 2011 Valuation in .999 fine silver bullion)

I hereby verify that all facts presented above are true and correct under penalty of bearing false witness this  11  day of  July , 2011.

David Carroll, Stephenson

WITNESSETH:

_____  17 July 2011
Witness Signature             Date

_____  July 11, 2011
Witness Signature             Date

Claim # 21JUN11-HL001                                Page 2 of 2

000209