2010110409802        1    PG
11/04/2010  03:35:29 PM    $62.00
PIERCE COUNTY, WASHINGTON

WHEN RECORDED RETURN TO:
**Kathryn E Aschlea**
NOTARY PUBLIC
c/o 17719 Pacific Ave S #308
Spanaway WA 98387

## NOTARY WITNESSETH OF DEFAULT
## & CONSENSUAL LIEN

*03 November 2010*

Kenneth Wayne, sovereign Man as Trustee/POA

for Association of ASD #6

### GRANTEE(S)

*- Vs -*

*United States District Court, Rosemary M Collier, FIDUCIARY;*

*United States District Court, by and through JUDGE COLLIER;*

*William R Cowden, Jeffrey A Taylor, Vasu B Muthyala,*

*As UNITED STATES ATTORNEY FOR THE DISTRICT OF COLUMBIA*

*Roy Dotson, for UNITED STATES SECRET SERVICE*

### GRANTORS

This Notary Public has established and witnessed the original record and the record shows:

PRESENTMENT of Claim by Notary Public, dated 02 June, 2010.

ACKNOWLEDGMENT OF RECEIPT BY Respondent Collier "6/11/10".

DEFAULT is inclusive of CONSENT TO LIEN, 03 November 2010.

USPS Evidence of Receipt by Respondents.

All correspondence is via United States Mail; mailed by this Notary Public.

All Registered /Certified mail is delivered per USPS.

### AMOUNT OF DEFAULT

*US$ 225,400,000,000.00 (plus interest and fees)*

Kathryn E Aschlea
NOTARY PUBLIC
My Comm. Exp: 19 May 2012

Duplicate

2401 SOUTH 35TH STREET
ROOM 200
TACOMA, WA 98409-7481
(253) 798-7440

ISSUED TO:
AMERICAN INTERNL BUSINESS LAW

RECEIPT #   1070134
DATE   11/04/2010   03:35:29 PM

| DOCUMENT # | QTY | PGS | FEE |
|---|---|---|---|
| 20101104082 | 1 | | 62.00 |
| NOTICE | | | 62.00 |

Total Amount Due               62.00

CHECK NA                       62.00

Total Amount Paid              62.00

THANK YOU
WWW.PIERCECOUNTYWA.ORG/AUDITOR
Pierce County Auditor
Deputy: CSHEARE

201008310614      1   PG
08/31/2010  12:06:07 PM   $62.00
PIERCE COUNTY, WASHINGTON

WHEN RECORDED RETURN TO:
**Kathryn E Aschlea**
NOTARY PUBLIC
c/o 17719 Pacific Ave S #308
Spanaway WA 98387

## NOTARY WITNESSETH OF RECORD OF DEFAULT
### & CONSENSUAL LIEN

01 August 2010

*United States District Court, Rosemary M Collier, Fiduciary;*

*United States District Court, by and through JUDGE COLLIER;*

*William R Cowden, Jeffrey A Taylor, Vasu B Muthyala,*

As *UNITED STATES ATTORNEY FOR THE DISTRICT OF COLUMBIA*

*Roy Dotson,* for *UNITED STATES SECRET SERVICE*

### GRANTORS

*Kenneth Wayne, , sovereign Man as Trustee/POA*

*for Association of ASD #2*

### GRANTEE(S)

This Notary Public has reviewed and witnessed the original record of Notary Public Tina M Hall (*Washington, Exp. 05-04-2012*) and the record shows:

PRESENTMENT of Claim Witnessed by Notary Public, December 30, 2009.

DEFAULT to Claim Witnessed by Notary Public, February 25, 2009.

DEFAULT includes CONSENT TO LIEN.

All correspondence was via REGISTERED United States Mail, return receipt requested, and all return receipts appear in the record.

Notary Public Tina M Hall (*Washington, Exp. 05-04-2012*) CERTIFIED the DEFAULT on or about 25 February 2010.

### AMOUNT OF DEFAULT

*US$ 225,400,000,000.00 (plus interest and fees)*

Kathryn E Aschlea
NOTARY PUBLIC
My Comm. Exp: 19 May 2012

000222

2010008310615        1    PG
08/31/2010  12:06:07 PM    $62.00
PIERCE COUNTY, WASHINGTON

WHEN RECORDED RETURN TO:
**Kathryn E Aschlea**
NOTARY PUBLIC
c/o 17719 Pacific Ave S #308
Spanaway WA 98387

## NOTARY WITNESSETH OF RECORD OF DEFAULT
### & CONSENSUAL LIEN
12 August 2010

*United States District Court, Rosemary M Collier, Fiduciary;*

*United States District Court, by and through JUDGE COLLIER;*

*William R Cowden, Jeffrey A Taylor, Vasu B Muthyala,*

*As UNITED STATES ATTORNEY FOR THE DISTRICT OF COLUMBIA*

*Roy Dotson, for UNITED STATES SECRET SERVICE*

### GRANTORS

*Kenneth Wayne, , sovereign Man as Trustee/POA*

*for Association of ASD #3*

### GRANTEE(S)

This Notary Public has reviewed and witnessed the original record of Notary Public Tina M Hall (*Washington, Exp. 05-04-2012*) and the record shows:

PRESENTMENT of Claim Witnessed by Notary Public, January 28, 2010.

DEFAULT to Claim Witnessed by Notary Public, March 03, 2010.

DEFAULT includes CONSENT TO LIEN.

All correspondence was via REGISTERED United States Mail, return receipt requested, and all return receipts appear in the record.

Notary Public Tina M Hall (*Washington, Exp. 05-04-2012*) CERTIFIED DEFAULT on or about 03 March 2010.

### AMOUNT OF DEFAULT

*US$ 225,400,000,000.00 (plus interest and fees)*

Kathryn E Aschlea
*NOTARY PUBLIC*
My Comm. Exp: 19 May 2012

000223