Rev. 12/09) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of Washington

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )
) Case No. MJ11-5243-3
Certain unopened mail, currently in the possession of the )
United States Postal Inspection Service (USPIS) )
)
)

## SEARCH AND SEIZURE WARRANT

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____Western_____ District of _____Washington_____
*(identify the person or describe the property to be searched and give its location):*
Certain unopened mail, currently in the possession of the United States Postal Inspection Service (USPIS), more particularly described in attachment A.

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized):*
See attachment B hereto.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before _____12/5/11_____
                                                                                                        *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10 p.m.   ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge _____Any judge of this district_____
                                            *(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*  ☐ for _____ days *(not to exceed 30).*
                                                                  ☐ until, the facts justifying, the later specific date of _____

Date and time issued: __11/21/11  3:00AM__     _____[signature]_____
                                                                                Judge's signature

City and state:   Tacoma, Washington                __U.S. Magistrate Judge J. Richard Creatura__
                                                                                Printed name and title

003981

| Return | | |
|---|---|---|
| Case No.: MJ11-5243-3 | Date and time warrant executed: 11/29/2011 9:57 AM | Copy of warrant and inventory left with: Postal Inspector Michelle Brooks |
| Inventory made in the presence of: Postal Inspector Brooks | | |
| Inventory of the property taken and name of any person(s) seized: | | |

Five unopened letters addressed to John Roberts, the Postal Inspection Service, James R. Marschewski, Fo Fiduciary, Robert S. Mueller III, Fiduciary, and Jimm Larry Hendren, Fiduciary.

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 12/02/2011

_Executing officer's signature_

SA John A Dcuts
_Printed name and title_

Recvd. 12/2/11 9:50am JC

003982

## ATTACHMENT A
### ITEMS TO BE SEARCHED AND SEIZED

Certain unopened mail, currently in the possession of the United States Postal Inspection Service (USPIs), more particularly described as:

Five letters dropped off at the Spanaway Post Office, 16815 Pacific Avenue South, Spanaway, Washington, on September 28, 2011, addressed to John Roberts, the Postal Inspection Service, James R. Marschewski, Fiduciary, Robert S. Mueller III, Fiduciary, and Jimm Larry Hendren, Fiduciary.

**ATTACHMENT B**
**ITEMS TO BE SEIZED**

Evidence, instrumentalities, or fruits of violations of Title 18, United States Code, Section 1521 (Retaliating against a Federal judge or Federal law enforcement officer by false claim or slander of title), 1341 (Mail Fraud), 371 (Conspiracy), and 514 (Fictitious Obligations) for each account or identifier listed on Attachment A, information pertaining to the following matters:

   1. Documents conveying any mention of retaliation against a Federal judge, prosecutor or law enforcement official.

   2. Documents showing any communication between individuals pertaining to retaliation.

   3. Documents conveying any mention to form a conspiracy to retaliate against a Federal judge, prosecutor or law enforcement official.