Received From SEATTLE
SEP 21 2012

FILED
LODGED
RECEIVED
MAIL

SEP 19 2012

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                    DEPUTY

United States District Court
western district of Washington

No. 12-cr-5039,
11-mj-5242

USA vs LEAMING, et al

## MANDATORY JUDICIAL NOTICE 9-13 b

King county
Washington state  } Verified Notice

COMES NOW Kenneth Wayne, of the family Leaming, a man born free as a constituent to <u>The People of the State of Washington</u>, competent to testify and gives testimony:

Since the deadline for indictment is/was 12/22/2011, and there was no waiver (see MANDATORY JUDICIAL NOTICE 9-13 a) and there was no Indictment purported until 1/26/2012, see docket #18, such "indictment" is void ab initio as an operation of law, see Title 18 3161(b), the sanction imposed by Congress, codified at 18 USC 3162(a)(1) is "Shall be dismissed or otherwise dropped."

The court, having knowledge of the law, and an Oath of office contract, secured by official Bond/surety, has a non-discretionary duty incorporated into the Oath contract, to dismiss or otherwise drop the case and restore the accused to his liberties. SUA SPONTE.

Given this 13th day of September, 2012, under penalty of Bearing False Witness pursuant to the law of the Almighty Creator,

Kenneth Wayne, Leaming

United States District Court
western district of Washington

USA  v  Leaming, et al

11-mj-5242-JRC
12-cr-5039-RBL

## Mandatory Judicial Notice 9-13a

King county
Washington republic  } Verified Notice

COMES NOW Kenneth Wayne, of family Leaming, a free Constituent to The People of the State of Washington, competent to be a witness, and testifies:

The Docket Entries #15 and #16 in the above captioned action are a fraud upon the record, see law codified at 18 USC 1002, in that they don't have the signature of the Named Defendant, or of Kenneth Wayne, Leaming, or any other Party given authority by Kenneth Wayne, Leaming, The man whose liberties are restrained under color of process in the above captioned action(s).

The purported "Waiver" is clearly marked "duress" in lieu of a signature, evidencing that Kenneth Wayne, Leaming was under duress to write something on the form as if it were the signature of a named Defendant.

The Court has a duty, upon knowledge, to suasponte vacate the action so far as it pertains to the man, Kenneth Wayne.

Given this 13th day of September, 2012, under penalty of Bearing false Witness pursuant to the law of the Almighty Creator, GOD,

Kenneth Wayne, Leaming