United States District Court
western district of Washington

UNITED STATES OF AMERICA
vs
KENNETH WAYNE LEAMING, et al
vs
Kenneth Wayne, INTERVENOR

12-cr-5039

MANDATORY JUDICIAL NOTICE
FER 201 (c)(2)
UCC 1-201 (25), (26), and (27)

FILED
LODGED
RECEIVED
FEB 07 2013
AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY DEPUTY
MAIL

King County
The People of the State of Washington } VERIFIED NOTICE

COMES NOW Kenneth Wayne, born free to the family Leaming, 20 December 1955, constituent to The People of the State of Washington constituted 1878 and admitted to the Union 22 February 1889 by Act of Congress, a Man, "State of Body" competent to be a witness and having First Hand knowledge of the FACTS herein and testifies:

1) Kenneth Wayne, herein Declarant, states That Declarant relies in good faith on the public/commercial REGISTRY entries as published at WWW.peoplestrust1776.org, inclusive of Universal Law Ordinance, UCC # 2012096074, a DECLARATION & ORDER, and inclusive of the FACTS Declared therein and Re-affirms the Mandatory Judicial Notice as was made to appear at USDC-WW docket # 90, 01/28/2013, and of which the officers of the court have knowledge and NOTICE pursuant to UCC 1-201 (25), (26), and (27) and FER 201 (c)(2);

2) The REGISTERED FACTS appearing in the above

Page 1 of                                    02 FEB NOTICE

Paragraph evidence The uncontroverted and uncontrivertable FACTS that the SLAVERY SYSTEMS operated in the names UNITED STATES, United States, UNITED STATES OF AMERICA, and United States of America, and Thier "money" systems, collection, and "Legal" enforcement systems are terminated NUNC PRO TUNC by public policy, UCC 1-103, and inclusive of the named Plaintiff in the above captioned transaction;

3) The REGISTERED FACTS appearing above further evidence that those states of body, persons, actors, and other parties perpetuating the above captioned transaction(s) are engaged (knowingly or unknowingly-until now) in acts of TREASON, and if unknowingly as victims of TREASON and FRAUD, can comply with the REGISTERED public policy as set forth in the DECLARATION & ORDER by Vacating the above captioned transaction and ORDERING that the men Kenneth Wayne and David Carroll be restored to thier Liberty and property FORTHWITH and taking other action as necessary and appropriate based on the DECLARATION & ORDER.

Given this 2nd day of February, 2013,
under penalty of bearing false witness
pursuant to the Law of the Almighty
Creator, God of the Universe,

(seal)

Signed and Sealed by Kenneth Wayne,
DECLARANT; Public Minister;
Private Attorney General