HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| United States of America,<br><br>       Plaintiff,<br><br> v.<br><br>Kenneth Wayne Leaming,<br><br>       Defendant. | No. 12-cr-5039-RBL<br><br>ORDER<br><br>(Dkts. #97, 98, 99, 100, 101) |

  Defendant has filed yet another document entitled "Mandatory Judicial Notice." (*See* Dkts. #99, 86, 66, 59, 58.) The "Mandatory Judicial Notice" notifies the Court that Defendant "relies in good faith on the public/commercial REGISTRY entries as published at www.peoplestrust1776.org, inclusive of Universal Law Ordinance, UCC #2012096074 . . . ." For lack of a better term, this is gobbledygook. The Court is unsure of the document's purpose, and given its undecipherable nature, no response is expected from the Government.

  Defendant is apparently a member of a group loosely styled "sovereign citizens." The Court has deduced this from a number of Defendant's peculiar habits. First, like Mr. Leaming, sovereign citizens are fascinated by capitalization. They appear to believe that capitalizing names has some sort of legal effect. For example, Defendant writes that "the REGISTERED FACTS appearing in the above Paragraph evidence the uncontroverted and uncontrovertible FACTS that the SLAVERY SYSTEMS operated in the names UNITED STATES, United States, UNITED STATES OF AMERICA, and United States of America . . . are terminated *nunc pro tunc* by public policy, U.C.C. 1-103 . . . ." (Def.'s Mandatory Jud. Not. at 2.) He appears to

believe that by capitalizing "United States," he is referring to a different entity than the federal government. For better or for worse, it's the same country.

Second, sovereign citizens, like Mr. Leaming, love grandiose legalese. "COMES NOW, Kenneth Wayne, born free to the family Leaming, 20 December 1955, constituent to <u>The People of the State of Washington</u> constituted 1878 and admitted to the union 22 February 1889 by Act of Congress, a Man, "State of Body" competent to be a witness and having First Hand Knowledge of The FACTS . . . ." (Def.'s Mandatory Jud. Not. at 1.)

Third, Defendant evinces, like all sovereign citizens, a belief that the federal government is not real and that he does not have to follow the law. Thus, Defendant argues that as a result of the "REGISTERED FACTS," the "states of body, persons, actors and other parties perpetuating the above captioned transaction(s) [i.e., the Court and prosecutors] are engaged . . . in acts of TREASON, and if unknowingly as victims of TREASON and FRAUD . . . ." (Def.'s Mandatory Jud. Not. at 2.)

The Court therefore feels some measure of responsibility to inform Defendant that all the fancy legal-sounding things he has read on the internet are make-believe. Defendant can call himself a "public minister" and "private attorney general," he may file "mandatory judicial notices" citing all his favorite websites, he can even address mail to the "Washington Republic." But at the end of the day, while sovereign citizens and Defendant cite things like "Universal Law Ordinances," they are subject to ***both*** state and federal laws, just like everyone else.

For the reasons stated above, no response is required by the Government.

DATED this 12th day of February, 2013

/s/ Ronald B. Leighton

Ronald B. Leighton
United States District Judge