NINTH CIRCUIT COURT OF APPEALS

No.

In re: "Ronald B. Leighton", district Judge

FILED _____ LODGED
_____ RECEIVED
FEB 15 2013
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
                                    DEPUTY

## JUDICIAL MISCONDUCT/DISABILITY COMPLAINT

King County                                    } VERIFIED
The People of the State of Washington          } COMPLAINT

COMES NOW Kenneth Wayne, a man, state of being, established by LIVE abortion on 20 December, 1955, to the family Leaming, constituent to The People of The State of Washington constituted 1878 and admitted to the Union 22 February 1889 as appears in the Registry of the Pierce County, Washington, Auditor's file 200009130560, and beneficiary of the Protections of the DECLARATION & ORDER, Universal Law Ordinance, Doc. UCC 2012096074, and the National Economic Security and Reformation Act, as enacted by Congress on 05 December, 2012, competent to be a witness and having first hand knowledge of the FACTS declared herein:

1) The state of being that acts in The name Ronald B Leighton under the Title United States District Judge, and manages transactions for The enterprise United States District Court, Western district of Washington, and for The purposes of this complaint inclusive of its Transaction CR12-5039 RBL is The Respondent, and operates within the geographical territory of The oversight authority and supervision of the

Ninth Circuit Court of Appeals;

2) Congress has expressly delegated by law evidenced at 28 USC 351, et seq., the Jurisdiction and DUTY to hear complaints of Judicial Misconduct and Disability to the Circuit Court of Appeals for the Circuit where the Misconduct/Disability is alledged to be happening;

3) The Supreme Court established at Article III of the Union Constitution has Clearly Established over a long history of decisions that the failure of a Court to exercise jurisdiction granted, as well as acting in a clear absence of jurisdiction is TREASON, as set forth in Cohens vs Virginia, 5 LEd 257; United States vs Will, 66 LEd2d 392, Mims vs Arrow Financial Services, 181 LEd2d 881, and many others;

4) Having NOTICE and KNOWLEDGE as set forth in FER 201(c)(2) and UCC 1-102 (25), (26), and (27), that the transaction at USDC-WW #CR12-5039 is VOID AB INITIO Respondent "Ronald B. Leighton" has and contitues to perpeturte, under Color of Law, the holding of men, States of being, Kenneth Wayne, David Carroll, and others, under force of arms, concealed under fictitious names, and assigned fraudulent Registry numbers as property in a Human Trafficking racket and SLAVERY SYSTEM prohibited by International Law Ordinance (supra), and other provisions of the Laws of Nations, inclusive of Treaties and The

Universal Declaration of Human Rights, December 10, 1948, United Nations General Assembly, the Union's Constitution, and Acts of Congress providing for punishment of violations of the laws of nations evidenced at 18 USC 1581, et seq.;

5) Particularly in transaction CR12-5039, purportedly a "Crime" Case, alleging an obligation of "Charges" for various alleged conduct, and the Transaction record does not disclose the nature and cause of the transaction(s), on 25 February, 2013 "DENIED" Mandatory Judicial Notice presented pursuant to FER 201(c)(2) and UCC 1-201(25), (26), and (27) and as such engaged in an intentional Contempt of the Supreme Court by his conduct directly contrary to its Rules, and clearly in a BAD FAITH absence of jurisdiction to do so;

6) At the same time as the ¶5 conduct, Respondent also acknowledged NOTICE and KNOWLEDGE of a REPORT of Securities Fraud and instead of taking action on the reported Crimes as mandated by Congress and accepted by Respondent in the Oath of Office Contract executed before entering upon the duties of district Judge, summarily "REJECTED" the Report contrary to the DUTY evidenced at 18 USC 4 and 42 USC 1983; 1985; 1986; and other provisions of the Civil Rights Act of 1871;

7) Respondent continues to interfere with the effective and expeditious administration of the business of the Courts by willfully and persistently failing to perform Respondent's

DUTIES, inclusive of The DUTY to hear and make any finding of FACT and Conclusions of LAW as to the several elements of jurisdiction as Clearly established and set forth in Basso vs Utah Power and Light Company, 495 F2d 906; Kullonen vs Guardian Life Insurance of America, 128 LEd2d 391; Maine vs Thiboutot, 100 SCt 2502; Hagans vs Levine, 415 US 533; Bors vs Preston, 111 US 252 and as set forth in The Federal Practice and Proceedure Manual, Section 3522, and also Invoking The Duty Clearly Established by United States vs Leon, 83 LEd2d 677; Ryder vs United States, 132 LEd2d 136; Boy Scouts of America vs Dale, 147 LEd2d 554, and many more;

8) It appears from the FACTS testified to herein, the record of The USDC-WW #12-5039 and related records, that Respondent is either 1) engaged in knowing and intentional acts of TREASON and Conspiracy to deprive People of rights undercolor of law for the profit, gain and enrichment of himself, and his fellow actors, and thier United States District Court and FDC-Seatac enterprises, OR, 2) is so mentally disabled that he cannot understand the FRAUD and Crimes going on in his presence that are causing injury and damages to The People, state(s) of being brought before him;

9) WHEREFORE: It is the DUTY of the Officers of the Ninth Circuit Court of Appeals as a matter of the Oath of Office Contract requisite to holding such

office as set forth by Article VI, Cause 3, of The Union Constitution and Act(s) of Congress evidenced at 5 USC 3331, incorporating by reference the constitution and laws of the United States in union, inclusive of the Uniform Commercial Code, treaties, Universal Law Ordinance, and National Economic Security and Reformation Act of 5 December, 2012, to take ACTION to prevent and/or correct each of the wrongs set forth herein, in the Courts proceedings 12-90000 and 12-90001 and take The Actions MANDATED by The DECLARATION & ORDER, Universal Law Ordinance, Doc. UCC 2012096074, Inclusive of specific action as to Respondent Leighton's Misconduct and/or Disability.

Given under my hand and Seal This 6th day of February, 2013, under penalty of bearing false witness pursuant to The law of God Almighty, Creator and Ruler of the Universe,

Kenneth Wayne, Declarant;
Public Minister;
Private Attorney General.

NOTICE: See also denial of Bill of Particulars by Respondent Leighton, docket Document 91, dated 31 January, 2013, in the record of USDC-WW #12-5039, Just received by Kenneth Wayne.

Leighton Misconduct / Disability Complaint        Page 5 of 5