HONORABLE RONALD B. LEIGHTON

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> KENNETH WAYNE LEAMING, <br><br> Defendant. | CASE NO. CR12-5039RBL <br><br> VERDICT FORM <br><br> COUNT 5 <br> FELON IN POSSESSION |

1. We, the Jury, find the defendant Kenneth Wayne Leaming NOT GUILTY or GUILTY of Felon in Possession of a Firearm, as charged in Count Five of the Indictment.

    NOT GUILTY _____     GUILTY __X__

Foreperson sign and date the completed verdict form.

DATED this __1st__ day of __March__, 2013.

_____
Foreperson