HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| United States of America,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>Kenneth Wayne Leaming,<br><br>　　　　　　　Defendant. | No. 12-cr-5039-RBL<br><br>ORDER DENYING MOTION FOR APPROVAL OF EXPENSES<br><br>(Dkt. #223) |

Defendant's Motion for Approval of Expenses [Dkt. #223] is **DENIED**.

Dated this 17th day of April 2013.

　　　　　　　　　　　　　　　　　　RONALD B. LEIGHTON
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

Order - 1