The Honorable Ronald B. Leighton

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>KENNETH WAYNE LEAMING, )<br>)<br>)<br>Defendants. ) | NO. CR12-5039RBL<br><br>SUPPLEMENT TO<br>UNITED STATES' SENTENCING<br>MEMORANDUM |

The United States of America respectfully files this supplement to its Sentencing Memorandum. Attached is a letter from the Administrator of the Practice of Law Board of the State of Washington which provides a brief description of harm caused by Mr. Leaming's actions.

Respectfully submitted this 21st day of May, 2013.

JENNY A. DURKAN
UNITED STATES' ATTORNEY

 /s/ Vincent T. Lombardi
VINCENT T. LOMBARDI
THOMAS W. WOODS
Assistant United States Attorneys
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101
Facsimile: 206-553-0755
Phone: 206-553-7970
E-mail: vince.lombardi@usdoj.gov

U.S. Supplement Sentencing Memo - 1
U.S. v. Leaming, CR12-5039RBL

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

CERTIFICATE OF SERVICE

I hereby certify that on May 21, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorney(s) of record for the defendant(s). I hereby certify I have served the defendant, Kenneth Leaming, to wit:

KENNETH LEAMING
REGISTER NO. 34928-086
FDC SEATAC
PO BOX 13900
SEATTLE, WA 98198

      */s/ Vincent T. Lombardi*
VINCENT T. LOMBARDI
THOMAS W. WOODS
Assistant United States Attorneys
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101
Facsimile: 206-553-0755
Phone: 206-553-7970
E-mail: vince.lombardi@usdoj.gov

U.S. Supplement Sentencing Memo - 2
U.S. v. Leaming, CR12-5039RBL

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970