# PRACTICE OF LAW BOARD
## STATE OF WASHINGTON
1325 Fourth Avenue, Suite 600, Seattle, WA 98101-2539
(206) 727-8252 ▪ Fax (206) 727-8314

May 20, 2013

Vincent T. Lombardi
Assistant United States Attorney
U.S. Office, Western District of Washington
700 Stewart Street, Suite 5220
Seattle, WA 98101

      Re: Kenneth Wayne Leaming

Dear Mr. Lombardi:

You asked me to provide a brief description of the harm Mr. Leaming caused while engaging in the unauthorized practice of law for many years. The Board received complaints about Mr. Leaming from 2004 through 2010. Some of the complainants expressed fear of Mr. Leaming Some of the complainants expressed fear of Mr. Leaming. We have documents verifying the statements in this letter, but have not attached them. We can provide them if necessary. The Board has received several additional complaints, but could not establish the facts to the degree necessary to make a finding of unauthorized practice of law. Mr. Leaming's voluminous court filings and confusing array of corporations and identities have allowed him to fool many people. He pretends to be authorized to provide legal services to those who are vulnerable and desperate. Any actions that prevent further harm to the community would be a great service to the State of Washington. We have included a few examples of his unauthorized practice of law.

CLIENT A
Client A filed her complaint in 2004. Client A worked for Mr. Leaming. Mr. Leaming instructed and coerced her to send letters to a county assessor, treasurer and prosecutor. The letters claimed that Client A was the "repository of record for the administrative record regarding the Claimant's claims." The letters included penalty statements such as 'Any act in furtherance of your underlying proceedings without response will be deemed an automatic default." Client A voluntarily resigned her notary license as a result of sending these letters. The stipulated facts in the Department of Licensing matter state that Mr. Leaming was "physically and emotionally abusive to her, both at work and at home, and had intimidated and threatened her when she questioned his authority." Client A obtained a one-year protection order prohibiting Mr. Leaming from contacting her.

In 2003, Mr. Leaming interfered with Client A's representation in a criminal matter. Mr. Leaming filed motions in Superior Court seeking to stay a District Court criminal proceeding. He filed the same substantive pleading in three separate Superior Court cause numbers. All of these pleadings were dismissed because the Superior Court lacked jurisdiction. Mr. Leaming drafted pleadings and had them served on Client A's appointed counsel, including a request for

discovery. This discovery request was also sent to Justice Gerry Alexander. Client A alleged that Mr. Leaming interfered with her attorney client relationship. Client A was convicted. She expressed concern that Mr. Leaming's actions affected the outcome in her criminal case.

Mr. Leaming operated the Civil Rights Task Force. The Task Force offered to provide assistance avoiding IRS tax liens. He also actively marketed legal services via seminars and the internet.

CLIENT B
In January or February 2005, Client B contacted the Civil Rights Task Force for assistance with an IRS tax lien on real property in Georgia. Mr. Leaming claimed to be a lawyer and entered a contract with this client to provide legal services. Client B eventually resolved his tax lien issues on his own.

ADVERTISING LEGAL SERVICES
Between 2004 and 2010, Mr. Leaming advertised legal services on the internet. The names of the companies changed over time. We know that he operated as Kenneth Wayne, Center for Business and Estate Planning in Spanaway, Washington. He also operated as American-International Asset Protection at a different street address in Spanaway, Washington. Mr. Leaming was listed as an officer or director for many other corporations, including Rack n Stretch Corporation, Togetherness Reigns Corporation. He uses several names, including Kenneth Wayne Leaming, Kenneth Wayne and Kenny Wayne. Mr. Leaming listed his practice areas as "admiralty/maritime, business law, estate planning and Native American law." Mr. Leaming entered into contracts to provide and sent bills for legal consultations. He billed $150 per hour.

Very Truly Yours,

*Julie Anne Shankland*

Julie Anne Shankland, Administrator
Practice of Law Board