Pub. L. 88-243 / Public Policy

FILED
RECEIVED
LODGED
JUN 03 2013
CLERK US DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

30 April 2013          INVOICE          Ref: KWL 201303

To: aka: Karen L. Strombom
    dba: United States Magistrate Judge
    c/o United States Courthouse
    1717 Pacific Ave. South
    Tacoma
    Washington republic

From: Kenneth Wayne
      c/o 2425 South 200 Street
      Seatac
      Washington republic

Act(s)/Action(s) Itemized below invoked and ACCEPTED the Terms and Conditions previously OFFERED.

| Item | Quan | Description (short) | Total Due* |
|------|------|---------------------|------------|
| 16 | 20⊛ | Operating/Perpetuating, legal Enforcement/SLAVERY SYSTEM(s) | 20,000⊛ |
| | | TOTAL DUE | 20,000 |

* Troy ounces 99.9% Pure silver;

⊛ Total is Mitigated, To date, and upon discharge waives any and all other CHARGES to date of Invoice.

SPECIAL OFFER: One Time Only, upon complete restoration of liberty and property, and vacation of all Record(s) re: CR12-5039, 11-mj-5242, CR05-5143, and all related records, This SPECIAL OFFER IS MY FIRM OFFER to discharge 99% of The above debt by cancellation Forgiveness, and only 200 oz would/will be due and payable.

Kenneth Wayne
CREDITOR

See Back of Invoice For CHANGES to Terms & Conditions Per Contract KWL 201303

12-CR-05039-STMT

All rights reserved

30 April, 2013

CHANGES TO TERMS & CONDITIONS

Ref: KWL 201303

Respondent:

dks: Karen L. Strombom
dbz: United States Magistrate Judge
c/o: United States Courthouse
1717 Pacific Ave S.
Tacoma
Washington republic

Proponent:

Kenneth Wayne [Leaming]
c/o 2425 South 200 street
Seatac
Washington republic

Pursuant to the CHANGES clause of the Terms and Conditions ACCEPTED by Respondent by the ACTS/ACTIONS invoiced herewith the terms and conditions are changed to ADD the following:

## INDENTURE

Any Invoice that remains unpaid or otherwise un-discharged for a period of thirty days (30) becomes a Contract of Indentured Servitude in the amount owed, and is dischargeable at a Rate of One Week of Servitude (six work days, 1 sabbath) per one-hundred (100) ounces owed. Proponent may assign said Indenture, or any portion thereof, with or without consideration.

No further Changes at This Time. CHANGES clause remains fully operational.

EFFECTIVE DATE: upon SENDing, per Houston v Lack, 487 US 266; Pub. L. 88-243, 1-201(38) / Public Policy.

Kenneth Wayne
Proponent

All rights reserved