FILED _____ LODGED
_____ RECEIVED

JUN 12 2013

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
DEPUTY

12-CR-05039-PRAE

United States DISTRICT Court
western Washington

USA
v
KENNETH WAYNE LEAMING, et al

Registry No:
12 - cr - 5039

PRAECIPE
to the clerk

King County
Washington republic        } VERIFIED PRAECIPE

Kenneth Wayne, "Declarant" herein, is of age of Majority, is competent to testify, and has first hand Knowledge of the FACTS stated herein;

1) Declarant is unable to timely acquire copies for Service & Conform purposes;

2) Declarant, to assure due process for all, requests and directs the Clerk to make and return a Conformed Copy and to make and serve, or otherwise serve by rule (PACER/ECF) all interested parties in the above action, the MOTION per Rule 32.2(d) submitted herewith.

Given this 31st day of May, 2013, under penalty of bearing false witness pursuant to the law of the Creator, Almighty God,

Kenneth Wayne, DECLARANT

All Rights Reserved
Page 1 of 1